INGRAHAM, P. J., McLAUGHLIN, CLARKE and DOWLING, JJ., concurred.

Appeal dismissed, with ten dollars costs and disbursements.

---

In the Matter of the Application of WILLIAM H. HOTCHKISS, as Superintendent of Insurance of the State of New York, Respondent, to Take Possession of the Property and to Conduct the Business of THE NEW YORK AND NEW ENGLAND UNDERWRITERS AT LLOYDS OF NEW YORK CITY, an Unincorporated Association of Individual Underwriters, Composed of EDWARD PERGOLI and Others, Appellant.   (Appeal No. 3.)

First Department, June 3, 1910.

See head note in *Matter of Hotchkiss, No. 2 (ante, p. 877)*.

APPEAL by The New York and New England Underwriters at Lloyds of New York City from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 25th day of August, 1909, restraining the appellant from changing its name.

*Holmes Jones*, for the appellant.

*Amos H. Stephens, Deputy Attorney-General*, for the respondent.

SCOTT, J.:

The appeal should be dismissed, with ten dollars costs and disbursements, for the reasons stated in *Matter of Hotchkiss, No. 2* (138 App. Div. 877), decided herewith.

INGRAHAM, P. J., McLAUGHLIN, CLARKE and DOWLING, JJ., concurred.

Appeal dismissed, with ten dollars costs and disbursements.